**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Daniel J Kelly,<br>Jessica L Kelly<br><br>*Debtor*. | Case No. 26-11725-AMC<br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Application for Compensation of Counsel Fees that was filed at ECF No. 34. Thank you.

Date: November 24, 2026

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek, Esq.

Brad J. Sadek, Esq.
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com